# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH D. SAVAGE,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN SERVICING COMPANY, *et al.*,<br><br>    Defendants. | Case No. 2:11-CV-01882-KJD-VCF<br><br>**ORDER** |

Presently before the Court is Defendant Quality Loan Service Corporation's Motion to Dismiss (#6). Though the time for doing so has passed, Plaintiff has failed to file a response in opposition. The Court has examined the allegations of Plaintiff's complaint and Defendant Quality's motion to dismiss. Based on the allegations of the complaint, the Court finds that Plaintiff has failed to state a claim upon which relief may be granted. In accordance with Local Rule 7-2(d) which allows the Court to find that failure to respond to a motion constitutes consent to granting the relief requested and good cause being found based on the well-reasoned arguments in Defendant's motion, the Court **grants** Defendant's Motion (#6).

////

////

1  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court enter **JUDGMENT** for
2  Defendant Quality Loan Service Corporation and against Plaintiff.
3  DATED this 1st day of February 2012.

_____
Kent J. Dawson
United States District Judge